UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL HODGELL,<br><br>    Plaintiff,<br><br>v.<br><br>ANDERSEN CORPORATION, a foreign corporation; and RENEWAL BY ANDERSEN, LLC, a limited liability corporation,<br><br>    Defendants. | No.<br><br>DECLARATION OF WILLIAM N. BARRON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL |

I, William N. Barron, declare and state under penalty of perjury as follows:

1. My name is William N. Barron. I am over the age of 18 and am competent to make this declaration.

2. This declaration is based on my personal knowledge and review of documents that Andersen Corporation and Renewal by Andersen LLC (collectively, "Andersen") maintain in the ordinary course of business and were made at or about the time of the events described herein. If called and sworn as a witness, I could and would competently testify to the matters discussed in this declaration.

3. I am Assistant General Counsel of Litigation and Intellectual Property for Andersen

1

DECLARATION OF WILLIAM BARRON IN
SUPPORT OF DEFENDANTS' NOTICE OF
REMOVAL

Newman Du Wors LLP
1201 2nd Ave., Suite 900
Seattle, Washington 98101
Phone: (206) 274-2800

Corporation, and in that capacity, I have regular access to, and am familiar with, Andersen Corporation's and Renewal by Andersen LLC's records maintained in the ordinary course of business relating to their business structures and ownership. I have personal knowledge from my own experience and review of these records.

4. Andersen Corporation is a Minnesota corporation with its principal place of business in Bayport, Minnesota.

5. Renewal by Andersen LLC is a Minnesota limited liability company with a single member, SLBP Holdings Corporation. SLBP Holdings Corporation is a Minnesota corporation with its principal place of business in Bayport, Minnesota.

I declaration under penalty of perjury under the laws of the State of Minnesota and the United States of America that the foregoing is true and correct.

Executed this 3rd day of May, 2023, at Minneapolis, Minnesota.

*[signature]*
WILLIAM N. BARRON