1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15
16
17

| | |
|---|---|
| JOEL HODGELL,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDERSEN CORPORATION, a foreign corporation; and RENEWAL BY ANDERSEN, LLC, a limited liability corporation,<br><br>          Defendants. | No.<br><br>DECLARATION OF ABIGAIL HOWD IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL |

18       1.      I am an attorney at Watstein Terepka, LLP, and counsel for Defendants Andersen

19 Corporation and Renewal by Andersen LLC (collectively, "Defendants") in the above-captioned

20 action.  I have personal knowledge of the matters contained herein.

21       2.      I submit this declaration in support of Defendants' Notice of Removal.

22       3.      Attached as Exhibit A are true and correct copies of the Certificate of Formation

23 and Express Annual Report with Changes that Plaintiff filed for his business We All Won, LLC

24 with the Secretary of State for the State of Washington on October 14, 2003 and October 21, 2022,

25 respectively.  These documents are publicly available on the Secretary of State's website at

26 https://ccfs.sos.wa.gov/#/BusinessSearch/BusinessFilings.      Both   documents   list   a   Seattle,

27
1

28

DECLARATION OF ABIGAIL HOWD IN SUPPORT
OF DEFENDANTS' NOTICE OF REMOVAL

Newman Du Wors LLP
1201 2nd Ave., Suite 900
Seattle, Washington 98101
Phone: (206) 274-2800

Washington, address for Plaintiff.  *See generally* Ex. A.

4.      Attached as Exhibit B is a true and correct copy of an email chain between me and Plaintiff from December 15, 2022 to December 30, 2022.   In the December 15, 2022 email, Plaintiff claims he had received "80+ RBA spams."  Ex. B at 3.  In the December 30, 2022 email, Plaintiff claims he is entitled to $183,000 (including actual damages of $150,000 under RCW 19.86.090; treble damages capped at $25,000 under RCW 19.86.090; and civil penalties of $7,500 under RCW 19.86.140).  *Id.* at 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of May, 2023, at Suwanee, Georgia.


_____
ABIGAIL HOWD

DECLARATION OF ABIGAIL HOWD IN SUPPORT
OF DEFENDANTS' NOTICE OF REMOVAL

Newman Du Wors LLP
1201 2nd Ave., Suite 900
Seattle, Washington 98101
Phone: (206) 274-2800

# EXHIBIT A

289-1127. 0
2003



**STATE OF WASHINGTON**
SECRETARY OF STATE

**APPLICATION TO FORM A LIMITED LIABILITY COMPANY**
(Per Chapter 25.15 RCW)
**FEE: $175**

FILED
SECRETARY OF STATE

- Please PRINT or TYPE in black ink
- Sign, date and return original AND ONE COPY to:
OCT 14 2003

EXPEDITED (24-HOUR) SERVICE AVAILABLE - $20 PER ENTITY
INCLUDE FEE AND WRITE "EXPEDITE" IN BOLD LETTERS
ON OUTSIDE OF ENVELOPE

**CORPORATIONS DIVISION**
801 CAPITOL WAY SOUTH • PO BOX 40234
OLYMPIA, WA 98504-0234  STATE OF WASHINGTON

- BE SURE TO INCLUDE FILING FEE. Checks should be made payable to "Secretary of State"

FOR OFFICE USE ONLY
| FILED: | / | / | UBI: _003 334 334 |

CORPORATION NUMBER:

Important! Person to contact about this filing
Joel Hodgell

Daytime Phone Number (with area code)
(206) 362-2166

## CERTIFICATE OF FORMATION

NAME OF LIMITED LIABILITY COMPANY (LLC) (Must contain the word "Limited Liability Company" "Limited Liability Co." "L.L.C." or "LLC")
WE ALL WON LLC

ADDRESS OF LLC'S PRINCIPAL PLACE OF BUSINESS
Street Address (Required) 12712 Lake City Way  City Seattle  State WA  zip 98125

PO Box (Optional – Must be in same city as street address) _____ ZIP (if different than street ZIP) _____

EFFECTIVE DATE OF LLC (Specified effective date may be up to 90 days AFTER receipt of the document by the Secretary of State)
☒ Specific Date: 15 October 2003  ☐ Upon filing by the Secretary of State

DATE OF DISSOLUTION (if applicable)

MANAGEMENT OF LLC IS VESTED IN ONE OR MORE MANAGERS
☐ Yes  ☒ No

>>> PLEASE ATTACH ANY OTHER PROVISIONS THE LLC ELECTS TO INCLUDE <<<

NAME AND ADDRESS OF WASHINGTON STATE REGISTERED AGENT
Name Joel Hodgell

Street Address (Required) 12712 Lake City Way  City Seattle  State WA  zip 98125

PO Box (Optional – Must be in same city as street address) _____ ZIP (if different than street ZIP) _____

I consent to serve as Registered Agent in the State of Washington for the above named LLC. I understand it will be my responsibility to accept Service of Process on behalf of the LLC; to forward mail to the LLC; and to immediately notify the Office of the Secretary of State if I resign or change the Registered Office Address.

Signature of Agent _____  Printed Name  Joel Hodgell  Date 13 October 2003

NAMES ADDRESSES OF EACH PERSON EXECUTING THIS CERTIFICATE (if necessary, attach additional names and addresses)
Printed Name Joel Hodgell  Signature Joel Hodgell
Address 12712 Lake City Way NE 3  City Seattle  State WA  zip 98125

Printed Name _____  Signature _____
Address _____  City _____  State _____ ZIP _____

Printed Name _____  Signature _____
Address _____  City _____  State _____ ZIP _____

**INFORMATION AND ASSISTANCE – 360/753-7115 (TDD – 360/753-1485)**

Validation
#195, 04 on 10/14/2003
Check - 10/13/2003  1732
$175.00 10/14/2003 - 42228
025-001 (9/03)



**WASHINGTON**
Secretary of State
Corporations & Charities Division

> Filed
> Secretary of State
> State of Washington
> Date Filed: 10/21/2022
> Effective Date: 10/21/2022
> UBI #: 602 334 334

# EXPRESS ANNUAL REPORT WITH CHANGES

## BUSINESS INFORMATION

Business Name:
**WE ALL WON LLC**

UBI Number:
**602 334 334**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**12712 LAKE CITY WAY NE 3, SEATTLE, WA, 98125, UNITED STATES**

Principal Office Mailing Address:
**12712 LAKE CITY WAY NE 3, SEATTLE, WA, 98125, UNITED STATES**

Expiration Date:
**10/31/2023**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**10/15/2003**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES**

## REGISTERED AGENT     RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| JOEL HODGELL | 12712 LAKE CITY WAY NE 3, SEATTLE, WA, 98125-0000, UNITED STATES | 12712 LAKE CITY WAY NE 3, SEATTLE, WA, 98125-0000, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**2063028200**

Email:

This document is a public record. For more information visit www.sos.wa.gov/corps

**DONOTSPAMWASTATE@GMAIL.COM**

Street Address:
**12712 LAKE CITY WAY NE 3, SEATTLE, WA, 98125, USA**

Mailing Address:
**12712 LAKE CITY WAY NE 3, SEATTLE, WA, 98125, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | JOEL | HODGELL |

## NATURE OF BUSINESS

  ι  OTHER SERVICES

## EFFECTIVE DATE

Effective Date:
10/21/2022

## CONTROLLING INTEREST

1.  Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**NO**
2.  In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**NO**
    a.  If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**NO**
3.  If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**NO**

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
**JOEL HODGELL**
Email:
**DONOTSPAMWASTATE@GMAIL.COM**
Address:
**12712 LAKE CITY WAY NE 3, SEATTLE, WA, 98125, USA**

## AUTHORIZED PERSON

Person Type:

**INDIVIDUAL**

First Name:

**JOEL**

Last Name:

**HODGELL**

Title:

**PRESIDENT**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

**Work Order #: 2022102100651014 - 1**
**Received Date: 10/21/2022**
**Amount Received: $60.00**

# EXHIBIT B

**Subject:** Re: [External] RBA - LEGAL DEMAND LETTER: SETTLEMENT OFFER TO AVOID LAWSUIT SOON

**Date:**    Friday, December 30, 2022 at 4:28:44 PM Eastern Standard Time

**From:**    Joel Hodgell

**To:**      Abigail Howd

**CC:**      Ryan D. Watstein, isuespammersinwastateusa@gmail.com

FOR SETTLEMENT PURPOSES.

Hi Abby (and Ryan),

Thanks for the reply. The 14 Dec. 2022 settlement offer EXPIRED.

BUT, out of an ABUNDANCE OF GOODWILL ON MY PART, I will EXTEND the deadline to
accept my settlement terms (with the following clarifications, etc. below) to
by/before 5:00PM-PST Friday 06 Jan. 2023. AFTER this extended deadline expires,
my offer goes away forever, it FULLY EXPIRES.

MY VIDEO CAPTURE VIDEOS OF RBA'S USD$150K PAYOUT SPAM TO ME:

I forgot to tell Ryan on 14 Dec. 2022 that I made many video capture videos of
that one USD$150,000.00 RBA spam from 2022, wherein RBA promised me USD$150k if
I confirmed my information. When I tried to confirm my information, the spam
opened up to one of RBA's own websites, and NO USD$150,000.00 was paid to me.
I mis-wrote before; I can and will sue RBA for this USD$150,000.00 plus another
USD$25,000.00 (RCW 19.86.090), plus another USD$7,500.00 (RCW 19.86.140), so
this one spam alone will cost RBA at least USD$183,000.00, plus costs/fees, etc.
RBA won't be able to claim this spam is fake, or unauthorized, etc. It clearly
is RBA's spam, sent to benefit RBA. RBA has continued to spam me AFTER I sent my
14 Dec. 2022 letter to RBA (another case of "I can't believe RBA's spammers are
this dumb" kind of spams).

Ryan, here's your chance to tell RBA they "screwed themselves over", they need
to "cut bait" and settle now. RBA made the stupid choice to spam; this will only
cost them a lot more very soon.

EXTENSION OF 14 DEC. 2022 SETTLEMENT OFFER, CLARIFICATIONS, ETC.:

The "acceptance time window" for my 14 Dec. 2022 settlement offer EXPIRES on
Friday 06 Jan. 2023 at 5:00PM-PST, which means these are the BEST settlement
terms RBA will get from me, they go away forever after my deadline. It's in the
best interests of RBA's spammers to settle with me with my current terms (e.g.
they will pay me an additional USD$10,000.00, they won't be covered by the
USD$10,000.00 RBA's pays me), since I'll be able to sue RBA's spammers for the
FULL amount owed to me (minus USD$10,000.00).

Again, RBA only needs: to "agree in principle" to settle; turn over all info to me to fully identify (e.g. all contact information) for all of RBA's spammers it hired to spam for it in the past two years; RBA will agree to FULLY/TIMELY cooperate with any subpoena or other legal process I send to it if its spammers do not agree to settle by 06 Jan. 2023; and then I give copies of RBA's spams to Ryan. Then the settlement-release agreement will get finalized before 5:00PM-PST Friday 13 Jan. 2023, with full payment of RBA's USD$10,000.00 to be paid to me by/before 5:00PM-PST Friday 20 Jan. 2023. These same terms apply to RBA's spammers (they will pay me an additional USD$10,000.00 to settle with me), in case they want to settle with me too. In other words, the same terms from my 14 Dec. 2022 still apply (with the cooperation clarification above), BUT with the new deadlines that I wrote above.

In my 14 Dec. 2022 letter, I said the next settlement payment offer would be double, but since I'm giving RBA a huge gift by extending the 21 Dec. 2022 deadline, I won't short change myself. The next minimum payment I will accept (if RBA rejects my offer herein) will be double again, so USD$40,000.00, for RBA and is spammers (both will pay me USD$40k, that's USD$80k total).

RBA'S GAMBLE, PAY UP NOW OR AT LEAST 20X MORE LATER:

Let's skip the bluster and drama (from RBA). If RBA wants to fight me in court, it will end up spending at least 20 times more money (on its' lawyers, mine, costs, penalties, fees, media attention, reputation damage, etc.). RBA will pay FAR MORE if it tries to drag out its legal problems.

Thank you.

Joel

On 12/30/22, Abigail Howd <ahowd@kcozlaw.com> wrote:
  Hi Joel,

  Just wanted to let you know that we're still digesting your email and
  attachments and will be back in touch soon.  It's taken additional time due
  to people's schedules with the holidays.

  Best,
  Abby

  Abigail L. Howd | KABAT CHAPMAN & OZMER LLP
  ahowd@kcozlaw.com | (404) 400-7311 (direct)

  -----Original Message-----
  From: Joel Hodgell <isuespammersinwastateusa@gmail.com>
  Sent: Thursday, December 15, 2022 4:34 PM

To: Ryan D. Watstein <rwatstein@kcozlaw.com>
Cc: Abigail Howd <ahowd@kcozlaw.com>; isuespammersinwastateusa@gmail.com
Subject: Re: [External] RBA - LEGAL DEMAND LETTER: SETTLEMENT OFFER TO AVOID
LAWSUIT SOON

Cool, thank you.


Yes, it's long, but I found out new stuff since we last emailed, and it's my
good faith effort so RBA can avoid court.


Those 2 samples spams were such "You gotta be kidding me" types, it's like
they went out of their way to look bad, but the spam headers are typical of
the other
80+ RBA spams I got.


If you look at regular emails (like the ones between us, your workmates,
ones you get from legal industry vendors, etc.) to these spams, there's a
very big difference between the two groups.