1

2

3

4

5

The Honorable Lauren King

6

7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

8

9  JOEL HODGELL,

10        Plaintiff,

11     v.

12  ANDERSEN CORPORATION, a foreign
corporation; and RENEWAL BY
13  ANDERSEN LLC, a limited liability
corporation,

14

15        Defendants.

Case No. 2:23-cv-00649-LK

**STIPULATION FOR EXTENSION OF
DEADLINE TO FILE RESPONSE TO
PLAINTIFF'S COMPLAINT**

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF
DEADLINE TO FILE RESPONSE TO
COMPLAINT—1
[2:23-cv-00649-LK]

NEWMAN DU WORS LLP

1201 Second Avenue, Suite 900
Seattle, Washington 98101
(206) 274-2800

1   Plaintiff Joel Hodgell and Defendants Andersen Corporation and Renewal by

2   Andersen LLC, by and through their counsel of record, hereby stipulate and agree that the

3   deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint, currently

4   set for May 10, 2023, may and should be extended to June 2, 2023.

5

6   IT IS SO STIPULATED.

7

8   Dated May 8, 2023.                     Respectfully submitted,

9   ALBERT LAW PLLC                        NEWMAN DU WORS LLP

10

11  s/ Tallman H. Trask IV                 s/ Derek Linke
    _____                _____
12  Gregory W. Albert, WSBA 42673          Derek Linke, WSBA 38314
    Tallman H. Trask, WSBA 60280           linke@newmanlaw.com
13  3131 Western Ave., Suite 410           Derek Newman, WSBA 26967
    Seattle, WA 98121                      dn@newmanlaw.com
14  Telephone: (206) 576-8044              1201 Second Avenue, Suite 900
    greg@albertlawpllc.com                 Seattle, WA  98101
15  tallman@albertlawpllc.com              Telephone: (206) 274-2800

16  Counsel for Plaintiff Joel Hodgell     Ryan D. Watstein (pro hac vice)
                                           ryan@wtlaw.com
17                                         Abigail L. Howd (pro hac vice pending)
                                           ahowd@wtlaw.com
18                                         WATSTEIN TEREPKA LLP
                                           1055 Howell Mill Rd., 8th Floor
19                                         Atlanta, Georgia 30318
                                           Telephone: (404) 418-8307
20

21

22                                         Counsel for Defendants
                                           Andersen Corporation and
23                                         Renewal by Andersen LLC

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I hereby certify under penalty of perjury under the laws of the United States that the

3   foregoing document was electronically filed with the United States District Court using

4   the CM/ECF system. I certify that all participants in the case are registered CM/ECF

5   users and that service will be accomplished by the CM/ECF system.

6

7      Dated: May 8, 2023                    s/ Derek Linke
                                              Derek Linke

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF
DEADLINE TO FILE RESPONSE TO
COMPLAINT—3
[2:23-cv-00649-LK]

Newman Du Wors LLP

1201 Second Avenue, Suite 900
Seattle, Washington 98101
(206) 274-2800